

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| VICTOR MANUEL GALLEGOS, | | No. 08-14-00276-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 7 |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20120C01670) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the conviction and render a judgment of acquittal, in accordance with our opinion. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.